IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

**Plaintiff,**

v.

**ARLANDA ANTONIO JONES,**

**Defendant.**                                                        No. 10-30141-DRH

**ORDER**

**HERNDON, Chief Judge:**

       Before the Court is a Motion for Leave to Withdraw (Doc. 15) filed by Defendant Jones' attorney Todd M. Schultz, Assistant Public Defender for the Office of the Federal Public Defender for the Southern District of Illinois.  Attorney Schultz cites a conflict of interest between Defendant and another individual represented by the Federal Public Defender's Office.  Based on the reasons in the motion, the Court **GRANTS** the Motion for Leave to Withdraw.  Attorney Todd M. Schultz is hereby **WITHDRAWN** as counsel for Defendant.  The Court now **APPOINTS** attorney Daniel

R. Schattnik, Unsell & Schattnik, 3 South 6th Street, Wood River, Illinois 62095, as CJA counsel to represent Defendant Jones in this matter.

**IT IS SO ORDERED.**

Signed this 7th day of January, 2011.

David R. Herndon
2011.01.07 14:40:57
-06'00'

**Chief Judge**
**United States District Court**